JOHN P. PUGH, Respondent, *v.* PENNSYLVANIA RAILROAD
COMPANY, Appellant.

*Master and servant — railroads — Federal Employers' Liability Act —
scope of employment.*

*Pugh* v. *Pennsylvania R. R. Co.,* 194 App. Div. 981, affirmed.

(Argued March 8, 1922; decided April 25, 1922.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered January 10, 1921, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial
without a jury. This action was brought under the
Federal Employers' Liability Act to recover damages for
personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant. Plain-
tiff, a brakeman on one of defendant's trains, received
the injuries complained of while attempting to adjust a
coupling on his engine which was about to enter the
roundhouse in defendant's Buffalo yards. Defendant
contended that at the time of the accident plaintiff had
no duty to perform in connection with the engine and
acted outside of the scope of his employment.

*H. J. Adams* and *Frank Rumsey* for appellant.
*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, CRANE and ANDREWS, JJ. Dissenting: HOGAN and McLAUGHLIN, JJ. Not voting: POUND, J.